### ATLANTIC COAST LINE RAILROAD COMPANY *v.* SHUMAN.

SIMMONS, C. J. "When the only error alleged in a petition for certiorari is that the verdict therein complained of is contrary to law and to the evidence, and it appears that the evidence demanded a verdict for the plaintiff in certiorari, the superior court should, of course, sustain the certiorari; but it is erroneous in such a case, though there be no conflict in the evidence, to render a final judgment in his favor." *Holmes* v. *Pye*, 107 *Ga.* 784; *Patterson* v. *Railway Co.*, 117 *Ga.* 827.

*Judgment affirmed. All the Justices concur.*

Submitted October 10,—Decided October 17, 1904.

Certiorari.　　Before Judge Seabrook.　　Liberty superior court. February 3, 1904.

*W. L. Clay* and *Shelby Myrick*, for plaintiff in error.